1  **Adam C. Anderson (Bar No. 024314)**

2  **ANDERSON LAW PLLC**

3  **48 North Macdonald**

4  **Mesa, AZ 85201**

5  **Telephone:   (480) 272-5983**

6  **E-Mail:        adam@acandersonlaw.com**

7  **Attorney for Plaintiffs**

8

9  **IN THE UNITED STATES DISTRICT COURT**

10  **FOR THE DISTRICT OF ARIZONA**

11  **PHOENIX DIVISION**

12

13  **TINA CHISM, and TERRY CHISM,**  |  **No. CV-12-02580-PHX-GMS**

14  |  **NOTICE OF VOLUNTARY**

15  **Plaintiffs,**  |  **DISMISSAL WITH**

16  **v.**  |  **PREJUDICE PURSUANT**

17  |  **TO SETTLEMENT**

18  **CAVALRY PORTFOLIO SERVICES, LLC.,**

19

20  **Defendant.**

21

22  NOW COME the Plaintiffs, TINA CHISM and TERRY CHISM, by and through

23  their attorneys, ANDERSON LAW PLLC, and for their Notice of Voluntary Dismissal,

24  Plaintiffs state as follows:

25

26  1.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

27  Plaintiffs hereby notify this Honorable Court that the Plaintiffs voluntarily

28

Notice to Dismiss

dismiss their case pursuant to a settlement agreement reached by the parties.

2.    The Defendant in this case has filed neither an answer to Plaintiffs' complaint nor a motion for summary judgment.

3.    Plaintiffs request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Respectfully Submitted,

By:   s/ Adam Anderson

**Attorney for Plaintiffs**
**TINA CHISM**
**TERRY CHISM**

**January 18, 2013**

**Adam C. Anderson (Bar No. 024314)**

**ANDERSON LAW PLLC**

**48 North Macdonald**

**Mesa, AZ 85201**

**Telephone:   (480) 272-5983**

**E-Mail:    adam@acandersonlaw.com**

**Attorney for Plaintiffs**